

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2016

No. 04-15-00755-CR

Juan Carlos **PALOMARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS000530 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On June 6, 2016, Appellant's court-appointed appellate counsel filed an *Anders* brief and a motion to withdraw. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). In counsel's certification to this court, Appellant's counsel explained that he took the following steps:

(1)     notified Appellant that counsel filed an *Anders* brief and a motion to withdraw, and provided Appellant with a copy of the documents;

(2)     advised Appellant of his right to review the appellate record and file a pro se brief; and

(3)     provided Appellant with a pro se motion for access to the appellate record, addressed to the Fourth Court of Appeals, that lacked only Appellant's dated signature.

*See Kelly v. State*, 436 S.W.3d 313, 318–20 (Tex. Crim. App. 2014); *Ex parte Owens*, 206 S.W.3d 670, 674 n.28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684, 688–89 (Tex. Crim. App. 2006).

The State filed a letter conditionally waiving its right to file a brief.

On June 16, 2016, appellant Juan Carlos Palomares, who is indigent, moved this court for a free copy of the appellate record. *See* TEX. R. APP. P. 20.2.

Appellant's motion for a free copy of the appellate record is GRANTED.

We ORDER the trial court clerk to (1) provide Appellant with a printed copy of the appellate record—the clerk's and reporter's records—at no cost to Appellant, and (2) provide this court with written confirmation that it has complied with this order within FIFTEEN DAYS of the date of this order. *See id.*; *Newman v. State*, 937 S.W.2d 1, 3 (Tex. Crim. App. 1996) ("[T]he trial court has a duty to provide an indigent defendant with an adequate record on appeal.").

The appellate record should be mailed to appellant at the following address:

Juan Carlos Palomares
TDCJ Number 02035284
3899 State Highway 98
New Boston, TX 75570-5669

Appellant's pro se brief will be due THIRTY DAYS after we receive written confirmation that the trial court clerk has mailed Appellant a printed copy of the appellate record. *See* TEX. R. APP. P. 38.6(a).

If Appellant files a pro se brief, the State may file a responsive brief not later than thirty days after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

If this court determines Appellant's appeal is frivolous, Appellant may file a petition for discretionary review with the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.4. Appellant must file the petition with the Clerk of the Court of Criminal Appeals within thirty days after this court issues its judgment. *See* TEX. R. APP. P. 68.2(a). The petition should be addressed to Clerk of the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.

Counsel's motion to withdraw is **held in abeyance** pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2016.

Keith E. Hottle
Clerk of Court